IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~~~~~~~~~ Columbia

_Lucas Ward_ ) Civil Action No. _____
[Enter the full name of the plaintiff in this action] )  (to be assigned by Clerk)
3841 Leeds Ave )
Charleston, S.C. 29405 ) **COMPLAINT**
v. ) **State Prisoner**
)
_Sheriff Al Cannon;_ )
_Officer J. Phillips; and_ )
_Officer D. Homer;_ )
_____ )

Case: 1:16-cv-02122
Assigned To : Unassigned
Assign. Date : 10/25/2016
Description: Pro Se Gen. Civil (F Deck)

_Enter above the full name of defendant(s) in this action_

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?       Yes_____    No __✓__

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

      1. Parties to this previous lawsuit:

         Plaintiff: _____N/A_____

         Defendant(s): _____N/A_____

      2. Court: _____N/A_____
         _(If federal court, name the district; if state court, name the county)_

      3. Docket Number: _____N/A_____

      4. Name(s) of Judge(s) to whom case was assigned: _____N/A_____

      5. Disposition: _____N/A_____
         _(For example, was the case dismissed? Appealed? Pending?)_

      6. Approximate date of filing lawsuit: _____N/A_____

      7. Approximate date of disposition: _____N/A_____

Complaint - State Prisoner
Revised October 3, 2007

RECEIVED Mail Room
OCT - 7 2016
Angela ~~~~~~~ Clerk of Court
U.S. District Court, District of Columbia

/

II. PLACE OF PRESENT CONFINEMENT

    A. Name of Prison/Jail/Institution: *Charleston County Detention Center*

    B. What are the issues that you are attempting to litigate in the above-captioned case? *Infringement of U.S.C Amend. VIII Cruel and Unusual Punishment, Failure to Protect*

    C. (1) Is there a prisoner grievance procedure in this institution?  Yes ✓  No ___

       (2) Did you file a grievance concerning the claims you are raising in this matter?  Yes ✓  No ___

       When *9-4-16*   Grievance Number (if available) *N/A*

    D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?  Yes ___  No ✓

    E. When was the final agency/departmental/institutional answer or determination received by you? *Never*

    *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

    F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?  Yes ✓  No ___

    G. If your answer is YES:

       1. What steps did you take? *I allowed Superior Officers to know of incidence*

       2. What was the result? *The Officer responsible was reprimanded & eradicated*

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

    A. Name of Plaintiff: *Lucas Ward*   Inmate No.: *1295061*

       Address: *3841 Leeds Ave N. Charleston, SC 29405*

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

    B. Name of Defendant: *Al Cannon*   Position: *Sheriff*

       Place of Employment: *The Charleston County Detention Center*

    C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

*J. Phillips, Subordinate Officer at the Charleston County Detention Center; D. Homer, Subordinate Officer at the Charleston County Detention Center.*

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Sunday 9/4/16 While being housed in unit (SMU) at the charleston County detention center. At time in the S.A.C.D.C system I was on protective custody due to my custody level. Minutes before my recreation time officer D. Homer and J. phillips I reminded to secure all doors because I have to many enemies in this unit an they refused. I told those two officers of pryor incidents with other inmates an they laugh on D. Homer ask me "Ward can I bring you out with a group can I" knowing I'm housed around enemies and knowing I have recreation time alone. they ignored the rules in the system and still gave me recreation time with other inmates. I told officer D. Homer "I have rec alone" Officer phillips and officer Homer approached my cell twice before "rec" I told them I fear for my safety. While at "rec" officer J. phillips deliberatly opened the door for my enemy in there system of 3 years, "Marvin clifford" to attack me while officer D. Homer stood looking around as if he was unaware. While I was being attacked officer J. phillips did absolutly nothing to protect me he just stood over us watching an told me to let "marvin clifford" arm go so he could hit me. Due to this cruel an unusual punishment an failure to protect I suffer from back pain up to my neck and an impaired vision.

Complaint - State Prisoner
Revised October 3, 2007

IV. STATEMENT OF CLAIM - continued.

Civil liability for deliberate indifference to serious medical needs. Estelle v. Gamble, 429 U.S. 97 104-05, 50 L.Ed. 2d 251, 97 S. Ct. 285 (1976)

The medical staff at the charleston county detention center denied me the medical assistance I needed officer "whylie" has me on video in housing unit (Bmw) vomiting blood I grieved an complain to the medical staff an I was perscribe medication for acid reflex such as tums, Zantec, prilosec, none of which helped what so ever I continued vomiting blood with no further medical evaluation. The nurse only said "maybe it was something you ate" "maybe its stomach ulsers" but did nothing to find out why I'm vomiting blood.

As far as poor living conditions go theres mold in cells and the showers. I was denied my commissary for 2 weeks and this facility denied me a shower for 7 days. I was denied phone calls and visits, the proper nutrition as so just a sandwich ever meal for 9 days I was denied clean water to drink. I was left in a cell with no way to see out or call for help when I faint an vomit. Officer W.R. HEPP is the acting officer who denied me a shower for 7 days. Officer: Scruggs.A. was the acting officer on shift and Sgt. Ryan that signed off on the slip to denied me everything inbetween as far as phone calls, visits an commisary, showers, recreation time for 7 days.

V.  RELIEF

*State briefly and exactly what you want the court to do for you.*

I would like the court to please file my lawsuit so I can take further steps about my safety and Health and living conditions.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _Lucas ward_ day of _Sept. 25, 16 Sunday_, 20 _16_.

_Lucas Ward_
Signature of Plaintiff

Complaint - State Prisoner
Revised October 3, 2007