IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Lucas Ward, #129061, | ) | C/A No. 1:16-3732-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Sheriff Al Cannon; J. Phillips; and D. Homer, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Lucas Ward ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action alleging a violation of his constitutional rights. On December 6, 2016, the court ordered Plaintiff to fully complete Section V, Relief, of the complaint, and to provide the service documents necessary to advance his case. [ECF No. 7]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff partially responded to the court's order, however Plaintiff failed to properly complete his service documents. The court issued a second order on December 21, 2016, asking Plaintiff to provide the service documents necessary to advance his case. [ECF No. 13]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on January 14, 2017, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

January 24, 2017
Greenville, South Carolina

s/Henry M. Herlong, Jr.
Senior United States District Judge

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.